UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case Number: 2:96-cr-76-FtM-29DNF

RODERICK NANCE

USM Number: 19301-018

Russell Rosenthal, FPD
1514 Broadway
Fort Myers, FL. 33901

JUDGMENT IN A CRIMINAL CASE
For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two & Three of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis for Cocaine | June 14, 2007 |
| Two | Positive Urinalysis for Cocaine | June 21, 2007 |
| Three | Failure to reside in a Residential Re-entry Center/Residential Re-entry Sanctions Center | July 3, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

9/11/2007

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

September 12, 2007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Nine (9) Months.

The Court recommends to the Bureau of Prisons:

1. Incarceration in a facility close to home (Fort Myers, Florida).

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE

Supervised Release is Revoked and not reimposed.